# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT L. HUEY

NO. 2023 KW 0897

**NOVEMBER 20, 2023**

---

In Re:    Albert L. Huey, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 01-11-0038.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on or about May 16, 2023, on or before December 20, 2023. A copy of the district court's action shall be filed in this court on or before December 29, 2023.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT